

# NUMBER 13-20-00031-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **ERIC SHANE HARRIS,** | **Appellant,** |
| **v.** | |
| **THE STATE OF TEXAS,** | **Appellee.** |

**On appeal from the 443rd District Court
of Ellis County, Texas.**

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

This cause is before the Court on the State's motion for access to sealed records. On November 18, 2019, the trial court issued an order sealing certain court records. The order states that the documents are accessible to the Court, the State of

Texas, and the Defendant; however, the State's attorney informed the clerk of this court the court reporter will not provide the record without further order.

Accordingly, we hereby GRANT the motion and ORDER the trial court to provide access to volumes 4, 6, 9, 11, and 14 of the reporter's record to the attorneys for the State and/or appellant, if they should request it.

The State and Appellant's counsel are ORDERED to abide by the sealing order of the trial court, and counsel is further ORDERED to treat the record as confidential and to safeguard it as a sealed record. Counsel is further ORDERED to maintain the confidentiality of the information contained in this sealed record and is prohibited from disseminating the sensitive information contained within the sealed record to any person.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of November, 2020.